Mountain Top Missionary Baptist Church *v.* McLarty *et al.*

Evans, P. J. An action in tort is not maintainable by a church incorporated under the Civil Code, §2357, in its corporate name, against some of its former members, to recover the value of property which belonged to the members of the church and which had been illegally converted to other uses by the defendants, prior to the incorporation of the church.     *Judgment affirmed.     All the Justices concur.*

Argued June 10,—Decided November 20, 1909.

Trover.     Before Judge Edwards.     Douglas superior court.     November 20, 1908.

*Roberts & Hutcheson,* for plaintiff.

*J. S. James,* for defendants.